**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

February 1, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Rolando Garcia**
15 Cr 176 (KMK)

Dear Judge Karas:

I write in furtherance of my letter dated January 12, 2021 (Dkt. No. 435) in which I requested that the Court schedule a conference because Mr. Garcia requested a new attorney.

On January 26, 2021, the Hon. Nelson S. Roman granted Mr. Garcia's request for new counsel, relieved me, and appointed Jennifer Louis-Jeune to represent Mr. Garcia on Ind. 20 Cr 446 (NSR).

I respectfully request that the Court relieve me in this VOSR matter and appoint Ms. Louis-Jeune to represent Mr. Garcia. I have spoken with Ms. Louis-Jeune who joins in this application. Should the Court wish to have a conference on this matter, I am available at the Court's convenience.

Thank you for your attention to, and consideration in, this matter.

Granted. The Court appoints Jennifer Louis-Jeune to represent Mr. Garcia. Mr. Parker is relieved with the thanks of the Court.

So Ordered.

2/1/21

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
Tel. 917-670-7622
DanielParker@aol.com

Cc: J. Louis-Jeune (by email)