

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 14, 2021

**BY CM/ECF & EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States v. Rolando Garcia*, 15 Cr. 176 (KMK)

Dear Judge Karas:

    The Government writes, with the defendant's consent, to request a 90-day adjournment of the status conference in the above-titled VOSR proceedings, currently scheduled for October 19, 2021 at 12:00 p.m.

    As the Court is aware, the pending VOSR proceedings against the defendant are based on conduct that the Probation Office described in the original specifications. After the violation was issued, the defendant was indicted on new federal charges in this District, specifically conspiracy to commit Hobbs Act robbery, Hobbs Act robbery, and branding and discharging a firearm during and in relation to, and in furtherance of, a crime of violence. That case is currently pending before Judge Román in *United States v. Garcia, et al.*, 20 Cr. 446 (NSR), and is scheduled to go to trial on April 4, 2022.

    The parties respectfully submit that the proposed adjournment of the VOSR proceedings would serve the ends of justice and conserve judicial resources while the defendant's criminal case before Judge Román is ongoing.

    Accordingly, the Government respectfully requests that the Court grant the proposed adjournment of the VOSR status conference for 90 days, or for another date convenient for the Court.

Case 7:15-cr-00176-KMK    Document 465    Filed 10/18/21    Page 2 of 2
Case 7:15-cr-00176-KMK    Document 464    Filed 10/14/21    Page 2 of 2

Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962

CC: Jennifer R. Louis-Jeune, Esq. (Counsel for Defendant)
    Jason Lerman (United States Probation Office)

Granted. The Court will hold a status conference via telephone on January 20, 2022 at 10:00 AM

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
10/18/2021