**MEMO ENDORSED**

## JLJ LAW

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/31/2022__

March 22, 2022

<u>Via Email and ECF</u>

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Application GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 483.
> Dated: White Plains, NY
> March 31, 2022
>
> SO ORDERED:
> */s/ Nelson S. Román*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Rolando Garcia*,
      <u>15 Cr. 176 (KMK) and 20 Cr. 446 (NSR)         </u>

Dear Judge Karas and Judge Román:

I represent Rolando Garcia in the above-referenced matters. Pursuant to the Rules for the Division of Business Among District Judges, Southern District of New York, Rule 13 (c), Mr. Garcia requests to have his sentences in both matters decided before Judge Román. The government does not oppose this application.

Rule 13 (c) provides that "[a] defendant in a criminal case may move on notice to have all of his or her sentences in this district imposed by a single judge. All such motions must be noticed for hearing before the judge having the lowest docket number, with courtesy copies to be provided to the judge or judges having the cases with the higher docket numbers."

Mr. Garcia's earliest case in this Court is currently before Judge Karas for an alleged violation of supervised release. While awaiting a resolution of that matter, Mr. Garcia was arrested and subsequently pled guilty to one count of Hobbs Act Robbery and one count of

brandishing a firearm in relation to a crime of violence.  Mr. Garcia faces a mandatory minimum sentence of 84 months' imprisonment in that matter.

      Mr. Garcia would like to resolve both cases in one sentencing hearing, which is currently scheduled before Judge Román on May 25, 2022, at 10am.  The allegations alleged in the violation of supervised release matter are relevant to the sentencing in Mr. Garcia's subsequent case.  We respectfully submit that reassignment would be appropriate, as it would likely result in significant savings of judicial resources and serve the interests of justice.

                                     Respectfully submitted,

                                       /s/

                                 Jennifer R. Louis-Jeune