UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| USA, | SCHEDULING ORDER |
| - against - | |
| ROLANDO GARCIA, | 15 cr 00176-08 (NSR) |
| Defendant(s). | 20 cr 00446-01 (NSR) |

--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

**The in-person Admission and Sentencing for the above Defendant in 15 cr 176-08 and Sentencing for the above Defendant in 20 cr 446-01 are scheduled for May 25, 2022 at 4:00 pm in courtroom 218.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:   White Plains, New York
         May 19, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2022